IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-01985-RPM-CBS

MELANIE LITTLEFIELD,

    Plaintiff,

v.

COLLECTO, INC., d/b/a EOS CCA,

    Defendant.

_____

## ORDER FOR DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [10] filed September 29, 2011, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees. All remaining deadlines with respect to this matter are vacated.

DATED: September 30th, 2011

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge